**Opinion issued September 1, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00657-CV

## NO. 01-15-00658-CV[1]

———————————

## IN RE PROPHET RONALD DWAYNE WHITFIELD, Relator

---

### Original Proceedings on Petitions for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Prophet Ronald Dwayne Whitfield, proceeding *pro se*, has filed two

related civil petitions for writs of mandamus, in one document,[2] seeking to compel

---

[1]     Appellate cause no. 01-15-00657-CV; trial court cause no. 2015-08974.
        Appellate cause no. 01-15-00658-CV; trial court cause no. 2015-22666.

[2]     The unrelated underlying criminal cause numbers listed in relator's petitions (Nos.
        492674, 525468, 528856, and 557164) were assigned to the Fourteenth Court of
        Appeals (14-15-00659-CR, 14-15-00660-CR, 14-15-00661-CR, and 14-15-00662-
        CR, respectively), while No. 617718 was assigned to 01-15-00677-CR.

the respondent trial judges to vacate their orders granting motions to compel arbitration and for stays of litigation in the two underlying civil proceedings.[3]

We **deny** the petitions for writs of mandamus. *See* TEX. R. APP. P. 52.8(a), (d). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.

---

[3] The underlying civil cases are *Prophet Ronald Dwayne Whitfield, ex rel. v. Big Star Honda, John Doe, et al.*, No. 2015-08974, in the 295th District Court of Harris County, the Honorable Caroline E. Baker presiding (the related appeal remains pending under 01-15-00448-CV), and *Prophet Ronald Dwayne Whitfield v. Clear Lake Nissan and Santander Consumer USA, Inc.*, No. 2015-22666, in the 333rd District Court of Harris County, the Honorable Joseph J. Halbach Jr. presiding (the related appeal remains pending under 01-15-00645-CV).